## TARVIN'S ADM'R v. CENTRAL SAVINGS BANK OF NEWPORT, KENTUCKY.

Court of Appeals of Kentucky.

(Decided Feb. 5, 1937.)

WILLIAM J. DEUPREE for movant.

OTTO WOLFF, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

## HARRODSBURG MOTOR COMPANY et al., Movants, v. E. G. SIMS et al., Opposed.

Court of Appeals of Kentucky.

(Decided Feb. 9, 1937.)

C. E. RANKIN for movant.

CHARLES A. HARDIN, F. DOUGLASS CURRY, ROGER D. BRANIGIN, MARTIN R. GLENN and J. F. WILLIAMSON, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

## JESSE JOHNSON, Movant, v. GREEN JOHNSON et al., Opposed.

Court of Appeals of Kentucky.

(Decided Feb. 9, 1937.)

C. H. LOWRY and ROY GARRISON for movant.

A. Y. MARTIN, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.